## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ARMANDO MEDINA, JAIME LEONIDAS FERNANDEZ, and ARMANDO MEDINA, JR., on behalf of themselves and all other persons similarly situated, known and unknown, ) ) ) ) ) | |
| Plaintiffs, ) | No. 17-CV-03548 |
| v. ) ) | Judge Alonso |
| PIZZA METRO, INC. and MARCO SCHIAVONI, individually, ) ) ) | |
| Defendants. ) | |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

This Joint Stipulation for Voluntary Dismissal is respectfully submitted by Plaintiffs Armando Medina, Sr., Armando Medina, Jr., and Jaime Leonidas Fernandez (hereafter "Plaintiffs"), and Defendants Pizza Metro, Inc. and Marco Shiavoni, individually (hereafter "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties stipulate as follows:

1. The Parties have settled and compromised all of the claims in this matter.

2. The settlement reached by the Parties calls for Defendants to make a series of installment payments, with the final installment payment due on March 2, 2018.

3. The Parties hereby stipulate that this matter, including all Counts in the Complaint filed by Plaintiffs, shall be dismissed in its entirety *without prejudice*, with each Party bearing its own attorneys' fees and costs, except as may be otherwise provided in the Parties' settlement agreement.

4. The Parties further stipulate that absent a motion brought by Plaintiffs to reinstate this case or to enforce the Parties' settlement agreement, the dismissal of this matter without prejudice shall convert to a dismissal with prejudice on March 30, 2018.

                                                            Respectfully submitted,

Dated: November 27, 2017

| s/Douglas M. Werman | s/Jac A. Cotiguala (w/consent) |
|---|---|
| Douglas M. Werman | Jac A. Cotiguala |
| Maureen A. Salas | Law Office of Jac A. Cotiguala |
| Sarah J. Arendt | 431 S. Dearborn, Suite 606 |
| Zachary C. Flowerree | Chicago, IL 60605 |
| Werman Salas P.C. | (312)939-2100 |
| 77 West Washington Street, Suite 1402 | |
| Chicago, Illinois 60602 | |
| (312) 419-1008 | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |